Fannie Watson, beneficiary of James Watson, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 38,000.

622

Opinion filed November 5, 1935.
Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. David J. Maddox, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.